```
_____ FILED  _____ LODGED
                _____ RECEIVED
Jan 28, 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ANNE LAWSON,<br><br>Defendant. | NO. CR20-5055RBL<br><br>**INFORMATION** |

The United States Attorney charges that:

### COUNT 1
### (Theft of Public Funds)

Beginning in or about October 2016, and continuing through about April 2019, at Cowlitz County, within the Western District of Washington, and elsewhere, the defendant, AMANDA ANNE LAWSON, did willfully and knowingly embezzle, steal and convert to her own use and the use of another money of the United States, namely Supplemental Security Income benefits and other federally funded assistance benefits having an aggregate value of approximately thirty thousand dollars ($30,000), with the

//
//

INFORMATION/LAWSON - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intent to deprive the United States of the use and benefit of that money.

All in violation of Title 18, United States Code, Section 641.

DATED: January 27, 2020

BRIAN T. MORAN
United States Attorney

S. KATE VAUGHAN
Assistant United States Attorney

BENJAMIN T. DIGGS
Special Assistant United States Attorney

INFORMATION/LAWSON - 2